JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELLE SVANOE,

                Plaintiff,

      v.

THE BALDWIN GROUP
COLLEAGUE, INC., *et al.*,

                Defendants.

Case No. 2:25-cv-11524-FLA (PDx)

**ORDER DISMISSING ACTION [DKT. 25]**

1

On April 27, 2026, Plaintiff Michelle Svanoe ("Plaintiff") and Defendants The Baldwin Group Colleague, Inc., Jamie Bingham, and Deborah Bishop filed a Joint Stipulation for Dismissal of Entire Action ("Stipulation of Dismissal"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 25.  Having considered the Stipulation of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.  Plaintiff's Motion to Remand Case (Dkt. 10), Defendant Jamie Bingham's Motion to Dismiss (Dkt. 14), and Defendant Deborah Bishop's Motion to Dismiss (Dkt. 15) are DENIED as moot.

2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2